# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDRE COOLEY,

               Plaintiff,

     v.

ARNOLD SCHWARZENEGGER, *et al.*,

               Defendants.

Case No. CV 10-6639 SVW (JCG)

ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the entire record and the Magistrate Judge's Report and Recommendation.  Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1)    The Report and Recommendation is approved and adopted.

(2)    Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and the Judgment on the parties.

Dated: April 13, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE