1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17

| | |
|---|---|
| ANDRE COOLEY,<br><br>              Plaintiff,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER,<br>*et al.*,<br><br>              Defendants. | Case No. CV 10-6639 SVW (JCG)<br><br>JUDGMENT |

18         IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's

19   Report and Recommendation, the above-captioned action is DISMISSED

20   WITHOUT PREJUDICE.

21
22
23   Dated: April 13, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

24
25
26
27
28